# LAW OFFICE OF CAROL RICHMAN, PLLC

94 Hasbrouck Road,
New Paltz, New York, 12561
Ph. (845) 419-3860    Fax (845) 256-8412
cprichman@gmail.com

June 13, 2016

Honorable Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

Re:    Lori S. Randolph
       Chapter 13
       Case No. 15-37023 (cgm)

Dear Judge Morris:

On or about May 21, 2016, the undersigned filed a Motion for Final Compensation for the Law Office of Carol Richman, PLLC.  This letter is to request to withdraw this motion.

In drafting this motion, the undersigned was relying on older case law that allowed debtor's counsel to be compensated directly by the Chapter 13 Trustee should the debtor terminate the bankruptcy or convert to a Chapter 7.  Because this is not possible under current law, the undersigned requests only that the 2016(b) disclosure statement remain in effect and, should the case confirm, the Chapter 13 Trustee be required to pay debtor's counsel the amount set forth in the disclosure statement.

Please contact me with any questions or concerns.

                                            Respectfully,

                                            /s/ Carol Richman

                                            Carol Richman